# United States Court of Appeals
# for the Fifth Circuit

---

No. 19-10798

---

Patsy K. Cope; Alex Isbell, as Dependent Administrator of and, *on behalf of* Estate of Derrek Quinton Gene Monroe, and his heirs at law,

*Plaintiffs—Appellees*,

*versus*

Leslie W. Cogdill; Mary Jo Brixey; Jessie W. Laws,

*Defendants—Appellants*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:18-CV-15

---

ON PETITION FOR REHEARING EN BANC

Before Stewart, Dennis, and Haynes, *Circuit Judges*.

Per Curiam:

  Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R. 35 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service having requested that the court be polled on rehearing en banc (Fed. R. App. P. 35 and 5th Cir. R. 35), the petition for rehearing en banc is DENIED.